UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 3-4 (KPF) |
| HENRY OGBUOKIRI, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The sentencing for Mr. Ogbuokiri currently scheduled for September 30, 2021, is ADJOURNED to **November 17, 2021, at 3:30 p.m.** Defendant's sentencing submission shall be filed on or before **November 3, 2021**, and the Government's submission shall be filed on or before **November 10, 2021**.

SO ORDERED.

Dated: July 15, 2021
New York, New York

*(signature)*

_____
KATHERINE POLK FAILLA
United States District Judge