UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 3-4 (KPF) |
| HENRY OGBUOKIRI, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The sentencing in this matter currently scheduled for May 3, 2022, at 3:00 p.m. is hereby ADJOURNED to **June 10, 2022, at 3:00 p.m.**

SO ORDERED.

Dated: April 18, 2022
New York, New York

*[signature]*

KATHERINE POLK FAILLA
United States District Judge