UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>HENRY OGBUOKIRI,<br><br>                    Defendant. | 20 Cr. 3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 5, 2023, the Court received a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), filed *pro se* by Mr. Ogbuokiri (Dkt. #493). The Government is hereby ORDERED to file a response to Mr. Ogbuokiri's motion on or before **February 1, 2024**. There shall be no reply brief unless the Court requests one.

The Clerk of Court is directed to mail a copy of this Order to Mr. Ogbuokiri at the following address:

> Henry Ogbuokiri, Reg. No. 87594-054
> FCI Loretto
> Federal Correctional Institution
> P.O. Box 1000
> Cresson, PA 16630

SO ORDERED.

Dated:  December 18, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge