UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>HENRY OGBUOKIRI,<br><br>    Defendant. | 20 Cr. 3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 11, 2024, the Court received a letter, dated April 8, 2024, from Mr. Ogbuokiri (Dkt. #508). Mr. Ogbuokiri's letter indicated that he had been transferred to a new facility, FCI Fairton, and inquired whether this Court had issued any orders regarding his pending motion for compassionate release.

The Court writes to inform Mr. Ogbuokiri that (i) it has received the notice of his new address, and it will send all future correspondence to such address; and (ii) it has not yet issued any order as to his pending motion for compassionate release. There are no further submissions or orders on the docket of this action concerning Mr. Ogbuokiri's motion for compassionate release after Mr. Ogbuokiri's reply to the Government's opposition to his motion (Dkt. #503), dated February 19, 2024. The Court will issue an order on Mr. Ogbuokiri's motion in due course.

The Clerk of Court is directed to mail a copy of this Order to Mr. Ogbuokiri at the following address:

HENRY OGBUOKIRI, REG NO. 87594-054
FCI FAIRTON
FEDERAL CORRECTIONAL INSTITUTION
SATELLITE CAMP
P.O. BOX 420
FAIRTON, NJ 0832

SO ORDERED.

Dated: April 15, 2024
       New York, New York

*Katherine Polk Failla* (signature)

KATHERINE POLK FAILLA
United States District Judge